BRUCE C. YOUNG, ESQ., Bar #5560
KRISTINA N. ESCAMILLA, ESQ., Bar #11564
LITTLER MENDELSON
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Attorneys for Defendant
PETCO ANIMAL SUPPLIES STORES, INC.


LUTHER SNAVELY, ESQ., Bar #5507
GARCIA-MENDOZA & SNAVELY, CHTD
501 South Seventh Street
Las Vegas, NV 89101
Telephone: 702.384.8484

Attorneys for Plaintiff
BOB BRAYTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOB BRAYTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PETCO ANIMAL SUPPLIES STORES, INC., DOES 1-10, inclusive; and ROE CORPORATIONS 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-cv-01767-RLH-RJJ<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　　Plaintiff BOB BRAYTON and Defendant PETCO ANIMAL SUPPLIES STORES, INC., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

/ / /

/ / /

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

1  Each party shall bear its own costs and fees for the action and claims dismissed by this
2  Stipulation and Order.

3

4

5  Dated: April 11th, 2011                    Dated: April 11, 2011

6  Respectfully submitted,                   Respectfully submitted,

7

8  _____           _____
   LUTHER SNAVELY, ESQ.                      BRUCE C. YOUNG, ESQ.
9  GARCIA-MENDOZA & SNAVELY, CHTD            KRISTINA ESCAMILLA, ESQ.
                                             LITTLER MENDELSON
10 Attorneys for Plaintiff
   BOB BRAYTON                               Attorneys for Defendant
11                                           PETCO ANIMAL SUPPLIES STORES, INC.

12

13

14                                  **ORDER**

15 IT IS SO ORDERED.

16 DATED:___April 12, 2011_____

17

18                                  _____
                                    UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2.

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800